**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAMANTHA LAGUE,<br><br>Plaintiff,<br><br>v.<br><br>OLIVIA FORSGREN and ERIC FORSGREN,<br><br>Defendants. | Case No.: 2:26-cv-13601 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Samantha LaGue, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice.

Defendants have not answered or moved for summary judgment.

Dated: November 2, 2026
Brooklyn, New York

**LEWIS & LIN LLC**

By: /s/ David D. Lin
David D. Lin, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Telephone: (718) 243-9325
David@iLawco.com

*Attorneys for Plaintiff Samantha LaGue*

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 3, 2026